IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

FREEDOM FROM RELIGION
FOUNDATION, INC., ANNIE LAURIE
GAYLOR, AND DAN BARKER,

    Plaintiffs,

v.                                                    Case No. 19-cv-58

JOSHUA L. KAUL,
WISCONSIN ATTORNEY
GENERAL,

    Defendant.

### JOINT STIPULATION AND MOTION OF THE PARTIES TO EXTEND THE TIME TO FILE DISPOSITIVE MOTIONS

The parties, Plaintiffs Freedom From Religion Foundation, Inc., Annie Laurie Gaylor, and Dan Barker, and Defendant Joshua L. Kaul, hereby jointly stipulate and move to extend the deadline by which the parties must file any dispositive motions from November 1, 2019, as set forth in the Preliminary Pretrial Conference Order (Dkt. 9:2–3), to December 1, 2019.

Defendant has been working on changes to the current chaplaincy program that is the subject of this litigation. In addition, despite good-faith attempts, the parties have been unable to schedule the depositions of two

individuals disclosed by Plaintiffs in response to written discovery requests by Defendant.

Therefore, and pursuant to this Stipulation, the parties respectfully request that the Court enter an Order setting the deadline for dispositive motions as December 1, 2019, without further notice or hearing.

Dated this 29th day of October, 2019.

          JOSHUA L. KAUL
          Attorney General of Wisconsin

          s/ Steven C. Kilpatrick
          STEVEN C. KILPATRICK
          Assistant Attorney General
          State Bar #1025452

          JODY J. SCHMELZER
          Assistant Attorney General
          State Bar #1027796

          Attorneys for Defendant

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-1792 (Kilpatrick)
(608) 266-3094 (Schmelzer)
(608) 267-2223 (Fax)
kilpatricksc@doj.state.wi.us
schmelzerjj@doj.state.wi.us

Dated this 29th day of October, 2019.

<u>s/ Richard L. Bolton</u>
RICHARD L. BOLTON
State Bar #1012552

Boardman & Clark LLP
1 S. Pinckney Street, Suite 410
Madison, WI 53701-0927
(608) 257-9521

ANDREW SEIDEL
State Bar #1089025

Freedom From Religion Foundation, Inc.
Post Office Box 750
Madison, WI 53701
(608) 256-8900

Attorneys for Plaintiffs